```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 20696
   KENYA WILLIAMS JORDAN
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-5692


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/07/2008 and was not confirmed.

     The case was dismissed without confirmation 11/13/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
CITIMORTGAGE INC           CURRENT MORTG          .00          .00            .00
CITIMORTGAGE INC           MORTGAGE ARRE    31000.00           .00            .00
CITY OF CHICAGO WATER DE   SECURED            162.00           .00            .00
COOK COUNTY TREASURER      SECURED            984.00           .00            .00
COOK COUNTY TREASURER      UNSECURED        NOT FILED          .00            .00
ADVOCATE HEALTH CTR        UNSECURED        NOT FILED          .00            .00
ADVOCATE HEALTH CTR        UNSECURED        NOT FILED          .00            .00
T MOBILE                   UNSECURED        NOT FILED          .00            .00
ROUNDUP FUNDING LLC        UNSECURED         2795.18           .00            .00
COOK COUNTY                UNSECURED        NOT FILED          .00            .00
COUNTRY DOOR               UNSECURED          323.51           .00            .00
CPA                        UNSECURED        NOT FILED          .00            .00
COMCAST                    UNSECURED        NOT FILED          .00            .00
AT&T/SBC/ILLINOIS FACC     UNSECURED        NOT FILED          .00            .00
WESTSIDE PATHOLOGY ASSOC   UNSECURED        NOT FILED          .00            .00
DEPENDON COLLECTION SVC    UNSECURED        NOT FILED          .00            .00
FIRST PREMIER BANK         UNSECURED        NOT FILED          .00            .00
JET MAGAZINE               UNSECURED        NOT FILED          .00            .00
LTD COMMODITES INC         UNSECURED          202.15           .00            .00
CHECK N GO                 UNSECURED        NOT FILED          .00            .00
NATIONS RECOVERY CENTER    UNSECURED        NOT FILED          .00            .00
PARTNERS IN WOMENS HEALT   UNSECURED        NOT FILED          .00            .00
PRA RECEIVABLES MGMT       UNSECURED          929.33           .00            .00
SALLIE MAE/UNITED STUDEN   UNSECURED         9175.17           .00            .00
SINAI MEDICAL GROUP        UNSECURED        NOT FILED          .00            .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT      341.50           .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,500.00                         .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                        .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 20696 KENYA WILLIAMS JORDAN
```

```
PRIORITY                                                           .00
SECURED                                                            .00
UNSECURED                                                          .00
ADMINISTRATIVE                                                     .00
TRUSTEE COMPENSATION                                               .00
DEBTOR REFUND                                                      .00
                              ---------------    ---------------
TOTALS                                   .00                       .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 02/25/09            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE